JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX, | CASE NO. 2:23-cv-04378-JLS-SK |
| Plaintiff, | |
| v. | **JUDGMENT OF DISMISSAL** |
| MONTE OVERSTREET, et al., | |
| Defendant. | |

1       In accordance with the Court's Order dismissing this action for lack of prosecution, a JUDGMENT OF DISMISSAL is hereby entered.

DATED: October 17, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE